UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                        CASE NO.: 13-34261-RAM
                                                                                            CHAPTER 12

Tomas Diaz
aka Fresh Fish Market and Fruit,
      Debtor,

_____/

**MOTION FOR RELIEF FROM AUTOMATIC STAY
(5200 SW 122<u>ND</u> AVENUE, MIAMI, FL 33175)**

Secured Creditor, DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QO6, by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d), for a modification of the automatic stay provisions for cause, and, in support thereof, states the following:

1. Debtor(s), Tomas Diaz aka Fresh Fish Market and Fruit, filed a voluntary petition pursuant to Chapter 12 of the United States Bankruptcy Code on October 8, 2013.

2. Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. Secured Creditor hereby waives the requirements of 11 U.S.C. § 362(e). The automatic stay of any act against property of the estate under § 362(a) shall continue until this Court orders or the stay is otherwise terminated by operation of law.

4. On April 27, 2006, Debtor(s) executed and delivered a Promissory Note ("Note") and a

Mortgage ("Mortgage") securing payment of the Note in the amount of $1,000,000.00 to Platinum Capital Group, A California Corporation. The Mortgage was recorded on May 15, 2006 in Book 24526 at Page 3829 of the Public Records of Miami-Dade County, Florida.  The loan was transferred to Secured Creditor. True and accurate copies of documents establishing a perfected security interest and ability to enforce the terms of the Note are attached hereto as **Composite Exhibit "A."**  The documents include copies of the Note with any required indorsements, Recorded Mortgage, Assignment(s) of Mortgage, and any other applicable documentation supporting the right to seek a lift of the automatic stay and foreclose, if necessary.

5. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgements, mortgages, and security agreements in support of right to see a lift of the automatic stay and foreclose if necessary.

6. The mortgage provides Secured Creditor a lien on the real property located at 5200 SW 122nd Avenue, Miami, FL  33175, in Miami-Dade County, and legally described as:

    ALL THAT LAND SITUATE IN MIAMI-DADE COUNTY, FLORIDA, TO-WIT: SOUTH ONE-HALF OF TRACT 226, OF BIRD ROAD FARMSITES, ACCORING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 46, AT PAGE 3, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

7. The terms of the aforementioned Note and Mortgage have been in default, and remain in default, since February 1, 2018. See Secured Creditor's statement in regard to indebtedness and default, attached hereto and incorporated herein as **Exhibit "B."**

8. The appraised value of the property is $666,756.00. See **Exhibit "C"** which is attached hereto and permissible as a property valuation under Fed. R. Evid. 803(8).

9. Secured Creditor's security interest in the subject property is being significantly jeopardized by Debtor(s)' failure to comply with the terms of the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest. Secured Creditor has no protection against the erosion of its collateral position and no other form of adequate protection is provided.

10. If Secured Creditor is not permitted to enforce its security interest in the collateral or be provided with adequate protection, it will suffer irreparable injury, loss, and damage.

11. Secured Creditor respectfully requests the Court grant it relief from the Automatic Stay in this cause pursuant to §362(d)(1) of the Bankruptcy Code, for cause, namely the lack of adequate protection to Secured Creditor for its interest in the above stated collateral. The value of the collateral is insufficient in and of itself to provide adequate protection which the Bankruptcy Code requires to be provided to the Secured Creditor. Secured Creditor additionally seeks relief from the Automatic Stay pursuant to §362(d)(2) of the Bankruptcy Code, as the collateral is unnecessary to an effective reorganization of the Debtor's assets.

12. Once the stay is terminated, the Debtor will have minimal motivation to insure, preserve, or protect the collateral; therefore, Secured Creditor requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(3).

13. Secured Creditor has incurred court costs and attorney's fees in this proceeding and will

incur additional fees, costs and expenses in foreclosing the Mortgage and in preserving and protecting the property, all of which additional sums are secured by the lien of the mortgage. Secured Creditor seeks an award of its reasonable attorneys' fees and costs, or alternatively, leave to seek recovery of its reasonable attorneys' fees and costs in any pending or subsequent foreclosure proceeding.

14. A Proposed Order accompanies this Motion. See **Exhibit "D"** attached hereto.

**WHEREFORE**, Secured Creditor, prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Secured Creditor to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, to waive the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(3), to seek recovery of its reasonable attorneys' fees and costs incurred in this proceeding, and to any such further relief as this Honorable Court deems just and appropriate.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/April Harriott
April Harriott, Esq.
Florida Bar No. 37547
Email: aharriott@rasflaw.com

**I HEREBY CERTIFY** that on November 13, 2019, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Tomas Diaz
aka Fresh Fish Market and Fruit
5200 SW 122 Avenue
Miami, FL 33175

Aramis Hernandez
600 NE 27th Street
Suite 1904
Miami, FL 33137

Robert C Furr
2255 Glades Road Ste 301E
Boca Raton, FL 33431

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

All parties on the attached section 1007(d) mailing matrix.

    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-241-1969

    By: /s/April Harriott
    April Harriott, Esq.
    Florida Bar No. 37547
    Email: aharriott@rasflaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 13-34261-RAM<br>Southern District of Florida<br>Miami<br>Wed Nov 13 08:55:03 EST 2019 | BSI Financial Services<br>c/o Gary M. Singer, P.A.<br>1391 Sawgrass Corporate Parkway<br>Sunrise, FL 33323-2889 | Deutsche Bank Trust Company Americas<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave<br>Suite 100<br>Boca Raton, FL 33487-2853 |
| Deutsche Bank Trust Company Americas, As Tru<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | Nationstar Mortgage LLC<br>c/o Maurice D Hinton<br>6409 Congress Ave, Ste. 100<br>Boca Raton, FL 33487-2853 | Nationstar Mortgage LLC<br>Robertson, Anschutz & Schneid, P.L.<br>c/o Melbalynn Fisher, Esq.<br>6409 Congress Ave.,<br>Suite 100<br>Boca Raton, FL 33487-2853 |
| Nationstar Mortgage LLC<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487-2853 | TD Auto Finance LLC<br>c/o Bert Echols Esq<br>1000 Ridgeway Loop Rd #200<br>Memphis, TN 38120-4036 | America Home Mortgage Service<br>Attn Bankruptcy<br>PO Box 631730<br>Irving TX 75063-0002 |
| BCA Financial Services<br>18001 Old Cutler Rd Ste<br>Palmetto Bay FL 33157-6437 | BSI Financial Services<br>A Common Wealth Place<br>Titusville PA 16354 | Cavalry SPV I, LLC as assignee of Chrysler<br>Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| (p)FRANKLIN CREDIT MANAGEMENT CORP<br>101 HUDSON STREET<br>25TH FLOOR<br>JERSEY CITY NJ 07302-3984 | HFC<br>Attn Bankruptcy<br>636 Grand Regency Blvd<br>Brandon FL 33510-3942 | Internal Revenue Service<br>Department of the Treasury<br>Internal Revenue Service Center<br>Atlanta GA 39901-0099 |
| NATIONSTAR MORTGAGE, LLC<br>C/O Weinstein, Pinson, & Riley, P.S<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121-3132 | Nationstar Mortgage LLC<br>Attn Bankruptcy<br>350 Highland Dr<br>Lewisville TX 75067-4488 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Quantum3 Group LLC as agent for<br>Galaxy Asset Purchasing LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Roberston Anschutz & Schneid PL<br>6409 Congress Avenue Suite 100<br>Boca Raton FL 33487-2853 | Sst/Cigpf1c<br>4315 Picket Road<br>Saint Joseph MO 64503-1600 |
| TD Auto Finance<br>Attn Bankruptcy<br>PO Box 551080<br>Jacksonville FL 32255-1080 | TD Auto Finance LLC<br>Trustee Lockbox<br>P.O. Box 9001897<br>Louisville, KY 40290-1897 | Aramis Hernandez<br>600 NE 27th Street<br>Suite 1904<br>Miami, FL 33137-5096 |
| Marcia T Dunn<br>Marcia T. Dunn, P.A.<br>555 N.E. 15th Street<br>Miami, Fl 33132-1465 | Robert C Furr<br>www.furrtrustee.com<br>2255 Glades Road Ste 301E<br>Boca Raton, FL 33431-7383 | Tomas Diaz<br>5200 SW 122 Avenue<br>Miami, FL 33175-5529 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Franklin Credit Management
101 Hudson St 25th floor
Jersey City NJ 07302

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)Miami

End of Label Matrix
Mailable recipients    26
Bypassed recipients    1
Total    27