**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

Tomas Diaz                                                           Case No. 13-34261-RAM
Aka Fresh Fish Market and Fruit


Debtor.                                                                   Chapter   12
_____/


**RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY**

    COMES NOW THE DEBTOR, TOMAS DIAZ, by and through undersigned counsel and moves this Honorable Court for an Order Denying the Creditor's Motion for Relief from Automatic Stay and require Creditor to disgorge any monies it has wrongfully setoff against the Debtor's Escrow Account, and in support thereof, Debtor contends as follows:

**DEBTOR PAYMENTS INACCURATELY ACCOUNTED FOR**

1. The Property is fully provided for in the confirmed chapter 12 plan and is subject to the Order Granting Motion to Value and Determining Secured Status of Lien (DE 92).

2. In September 2017, as a result of Hurricane Irma, Debtor lost a significant part of his cash crop, including fruit trees and livestock. Consequently, Debtor has remitted partial payments to the creditor since then.

3. In contrast to the Creditor's Motion for Relief ("Motion"), Debtor has made more payments to the creditor than the Motion accounts for.

4. To date, Debtor has paid $165,346 into the confirmed Chapter 11 Plan. The Creditor's Motion does not reflect these payments.

**ESCROW DISCREPANCY BY CREDITOR**

5. In 2017, the Debtor maintained an Escrow Surplus of $279,979.63 (Attached "A") with the Creditor, then serviced by Nationstar Mortgage.

6. In 2019, the Debtor's Escrow Balance has a deficiency of $81,461.32 (Attached "B"), now serviced by Mr. Cooper.

7. The Debtor demands proof of how his Escrow Surplus was disbursed.

8. The Debtor is entitled to a set-off, or a refund of the Escrow Surplus, if the Creditor wrongfully setoff the Debtor's Escrow Account.

WHEREFORE, Debtor, Tomas Diaz, respectfully requests that this Court deny the Motion for Relief from Stay filed by Creditor, Deutsche Bank Trust Company, and require Creditor to disgorge any monies it has wrongfully setoff against the Debtor's Escrow Account.

Date:  December 11, 2019

<u>/s/ Aramis Hernandez</u>

ARAMIS HERNANDEZ, ESQ.
-Attorney for Debtor-
Florida Bar No. 62205
Miami Legal Center
600 NE 27th Street, Suite 1904
Miami, Florida 33137
Ph: 305.374.7744
Aramis@MiamiLegalCenter.com

ATTAchment "A"



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO
THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## Escrow Account Disclosure Statement

**Customer Service**: 1-888-480-2432
Mon-Thurs 8 am to 8 pm, Fri 8 am to 6 pm, Sat 8 am to 2 pm CT

**Tax/Insurance**: 1-888-297-2432
Mon-Thurs 8 am to 5 pm CT

7-692-83928-0000075-001-2-000-000-000-000



TOMAS DIAZ
5200 SW 122ND AVE
MIAMI FL  33175-5529

Your Loan Number: 0599454303
Statement Date: 01/30/2017

*Escrow $ 279,979*

| | |
|---|---|
| **Why am I receiving this?** | Nationstar completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Nationstar maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to avoid a negative balance in the event of changing tax and insurance amounts. |
| **What does this mean for me?** | At this time, your Escrow Account has more money than needed, resulting in a surplus of $279,979.63. Due to this surplus and changes in your taxes and insurance premiums, **your monthly escrow payment will increase by $559.93.** |
| **What do I need to do?** | Due to the status of your loan, we are retaining these funds in your escrow account per RESPA guidelines. Please note that effective 04/01/2017, your new total monthly payment will be $7,599.24. |

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---:|---:|---:|
| PRINCIPAL AND INTEREST | $5,434.03 | $0.00 | $5,434.03 |
| ESCROW | $1,605.28 | $559.93 | $2,165.21 |
| **Total Payment** | **$7,039.31** | **$559.93** | **$7,599.24** |

*See below for overage calculation*

**What is a Surplus?** A surplus is the difference between the **lowest projected balance and the minimum required balance** of your account for the coming year, as shown below. Please see second page for coming year details.

| Minimum Required Balance | | Lowest Projected Balance |
|:---:|:---:|:---:|
| $4,330.40 | | $284,310.03 |
| | Surplus Amount $279,979.63 | |

*Please see the Coming Year Projections table on the back for more details.*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---:|---:|---:|
| COUNTY TAX | $10,519.72 | $0.00 | $10,519.72 |
| HAZARD SFR | $13,310.00 | $0.00 | $13,310.00 |
| FLOOD SFR | $2,152.75 | $0.00 | $2,152.75 |
| **Annual Total** | **$25,982.47** | **$0.00** | **$25,982.47** |

*If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at MyNationstar.com.*

**This communication is for informational purpose only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code.**

ATTAChment "B"



8950 Cypress Waters Blvd.
Coppell, TX 75019

## INFORMATIONAL STATEMENT

### CONTACT INFORMATION
Customer Service: 877-343-5602
Monday through Friday from 8 a.m. to 5 p.m. (CT)
www.mrcooper.com
Your Dedicated Loan Specialist is Latory Lakes and can be reached at (866)-316-2432 or via mail at:
8950 Cypress Waters Blvd., Coppell, TX 75019




220002.3.5-NNNN-30289977.344

TOMAS DIAZ
PRO SE
5200 SW 122ND AVE
MIAMI, FL 33175

| | |
|---|---|
| Statement Date: | 11/19/2019 |
| Loan Number: | 0599454303 |
| Payment Due Date: | 12/01/2019 |
| **Total Payment Amount:** | **$176,418.91** |

Property Address:
5200 SW 122ND AVE
MIAMI, FL 33175

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving these statements, please contact us in writing at the address on the following page.

ESCROW (81,461.)

### Account Information
| | |
|---|---|
| Interest Bearing Principal Balance | $689,216.68 |
| Interest Rate | 5.500% |
| Escrow Balance | ($81,461.32) |
| Prepayment Penalty | No |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

### Explanation of Total Payment Amount (Post Petition Payment)
| | |
|---|---|
| Principal | $1,247.17 |
| Interest | $3,158.91 |
| Escrow Amount (for Taxes and Insurance) | $2,297.11 |
| **Regular Monthly Payment** | **$6,703.19** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $169,715.72 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$176,418.91** |

The payment amount does not include any amount that was past due before you filed for bankruptcy.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre Petition Arrearage)
This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

| | |
|---|---|
| Total Due at Filing | $461,942.45 |
| Amount Applied to Claim Arrears Last Month | $0.00 |
| Total Amount Applied to Claim Arrears | $71,046.81 |
| Current Balance | $390,895.64 |

### Past Payments Breakdown
| | Payments Rec'd Since 10/22/2019 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $3,707.48 |
| Interest | $0.00 | $9,510.76 |
| Escrow (Taxes & Insurance) | $0.00 | $6,891.33 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $8,812.16 |
| **Total** | **$0.00** | **$28,921.73** |

### Transaction Activity (10/22/2019 to 11/19/2019)
| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/15/2019 | Disbursement-County Tax | $11,119.32 | | | $11,119.32 | |
| 11/05/2019 | Partial Payment | $4,406.08 | | | | $4,406.08 |

### Important Messages (See Reverse side for Additional Critical Notices)

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

While an account is involved in a pending bankruptcy case, Mr. Cooper is unable to offer an automatic payment plan. Once the loan is no longer subject to a bankruptcy proceeding, you may contact Mr. Cooper to set up automatic payments.

If you no longer wish to receive a monthly statement, please send a written request to the following address:
PO Box 613287 Dallas, TX 75261

If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.

If your Bankruptcy Plan requires you to send your regular monthly payments to the Trustee, you continue to pay the Trustee per your plan. Please contact your attorney or the Trustee if you have any questions.

We have not received all of your mortgage payments due since you filed for bankruptcy.

Please contact your attorney or the Trustee with questions regarding the application of payments.

The information disclosed on the periodic statement may not include payments you have made to the Trustee and may not be consistent with the Trustee's records.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.